FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAR 15 PM 1: 16

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| SELVIN J. RIVERA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 305-128 |
| | ) | |
| MICHAEL PUGH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The petition is **DISMISSED**, this civil action is **CLOSED**, and final judgment is **ENTERED** in favor of respondent.

SO ORDERED this 15th day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE